United States District Court
District of Massachusetts

Civil Action

Plaintiff,
Liana Williams Etheridge,
Denive Hurley

vs.

Franklin First Financial, Ltd.,
Nathan McFarland, Hershealb Jones,
Jess Mandell, Brian Farrelly,
Ocean First Bank, Tom Brushetto
Frank J. Recca,
Columbia Home Loans, LLC, DBA
Brokers Funding Services Co., Dana Davis
"Team Five" Allen - "Settlement Agent",
Equity Settlement Services,
Tammy Triolo; and
E.M.C. (EMC).

Verified Complaint

PARTIES

1. The plaintiff's, Liana Williams-Etheridge, and Denive Hurley are residents of Boston, Suffolk County, Massachusetts and citizens of the United States of America

(1)

2. The defendants Franklin First Financial, Ltd., Nathan McFarland, Hersheal Jones, Jess Mandel and Brian Fanelly are residents of New York, New York, doing business and citizens of the United States of America.

3. The defendants Ocean First Bank, Tom Bruschetto, and Frank J. Recca, are residents and or doing business in Toms River, New Jersey and citizens and/or doing business in the United States of America.

4. The defendants, Columbia Home Loans, DBA Brokers Funding Services Co., Dana Davis - "Team Five", and Allen - "Settlement Agent" are residents and/are doing business in Valhalla, New York and citizens and/or doing business in The United States of America.

5. Equity Settlement Services, defendants, Tammy Triolo, are residents and/are doing business in Smithtown, New York and citizens and/or doing business in the United States of America.

10. Franklin First Financial's Nathan McFarland teamed up with Franklin First Financial's (F.F.F.) Hersheal Jones (later learned that Nathan McFarland was Hersheal Jones' assistant) on or about November of 2005 to bring a close to the loan by having Mr. Williams-Etheridge go to a referral of Hershal Jones' of an appraisal of ($350.00) 12 Westminster Avenue the property of Mr. Williams-Etheridge.

11. Numerous calls between Mr. Jones and Mr. Williams-Etheridge were made insuring Mr. Williams-Etheridge that irrespective of her bad credit score she would receive the options Mr. Williams-Etheridge was promised and a credit score would not be a problem due to equity in 12 Westminister Ave and convinced Mr. Williams-Etheridge that any payments due to her previous Ameriquest loan did not need to be made for Franklin First Financial was to handle "everything".

12. Mr. Williams-Etheridge's loan application was subsequently denied leaving Mr. Williams-Etheridge out in the cold concerning back payments with Ameriquest.

(4)

13. On or about January 2006 Mr. Hersheal Jones contacted Mr. Williams-Etheridge and convinced her to have her 12 Westminster Avenue, Roxbury, Massachusetts property placed in the name of a family member Denise Hurley for only (8) eight months and created a statement that $1500.00 would be placed in escrow to insure Mr. Williams-Etheridge would not be deliquent and any of her new loan payments; and Mr. Williams-Etheridge would have made available restoration monies for her primary bathroom; and any outstanding taxes would be brought current. For a preposed loan amount with Franklin First Financial for $375,000.

14. Mr. Williams-Etheridge due to many factors; her husbands death, her having to teach their children how to carry on; mortgage/loan fraud with Ameriquest; and her many personal affairs was vulnerable to the convincings of Hersheal Jones.

(5)

15. On or about April 17, 2006, Mr. William Etheridge closed on the Franklin Financial mortgage on 12 Westminster Ave, Roxbury, Massachusetts to encounter the following:

   A. $5446.88 in City of Boston Taxes were not paid by Franklin First Financial;

   B. Mr. William Etheridge still is unclear on the actual amount of her loan be it $380,000, $375,000 or $476,000 for blank documents were given then later filled out;

   C. A fixed-rate loan was understood to be secured, but an adjustable rate mortgage is active on the Mr. Williams Etheridge property;

   D. The loan settlement statement sheet is void of any total for settlement charges and boilerplate fees are built into the loan for unknown services;

   E. 3030.12 was the understood monthly payment by Mr. William Etheridge, but $3600.00 is what has to be paid

   F. No list of payment of any property taxes (city); not a title search change; or an attorney fee although Joilton B. Azeredo of Boston-Notary- represented himself as the defendant's attorney.

(6)

16. Mere days after Mr. William-Etheridge's closing with Franklin First Financial she complained of the foregoing in addition to about $15,000 that was absent from being deposited in her bank.

17. From on about April 2006 until present Mr. William-Etheridge has filed grievances with the Massachusetts Banking Commission, the Massachusetts Attorney General's office, City Hall, the offices of Ensuring Stability through Action in Our Community (ESAC), Franklin First Financial, Ocean First Bank, Columbia Home Loans, Equity Settlement Services, and E.M.C. (the current servicer of Mr. William-Etheridge's loan) either via e-mail, telephone, letter, or in person with negative results. The Boston Globe (attached hereto) and New England Cable News have done stories surrounding this instant matter.

18. Mr. William-Etheridge cannot afford a lawyer and is forced to bring this action in propria persona seeking an injunction and a temporary restraining order enjoining all of the defendant from any action pending the disposition of this Civil Complaint.

(7)

19. The defendants have violated;
   A. The United States Constitution
   B. Massachusetts Declaration of Rights
   C. 42 U.S.C. 1983-1984
   D. R.E.S.P.A.
   E. T.I.L.A.
   F. H.O.E.P.A.
   G. Fraudulent Inducement
   H. Common Law Fraud
   I. Civil Conspiracy
   J. Fraudulent Concealment
   K. Fraud by Silence
   L. Actionable Fraud; and
   M. Breach of Contract.

20. WHEREFORE, the plaintiff prays for judgement against the defendants for treble damages, the sum of One million (100,000,000) dollars, emotional distress, and for such other relief as this court deems just.

21. The Plaintiff prays for jury by trial.

22. The Plaintiff reserves the right to amend this verified Complaint.

(8)

# VERIFICATION

I, Liana William-Etheridge and Denive Hurley, hereby verify that the foregoing is true and correct.

_____  _____
Liana Williams-Etheridge          Denive Hurley
12 Westminster Ave.               12 Westminster Ave.
Roxbury, MA 02119                 Roxbury, MA 02119
617-594-2577                      (617)-445-6055


DATED:
October 27, 2006
Boston, MA 02119