UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIANA WILLIAMS-ETHERIDGE and DENISE HURLEY, <br><br>    Plaintiffs, <br><br>v. <br><br>FRANKLIN FIRST FINANCIAL, LTD., et al., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No.: 06-11979-DPW |

## NOTICE OF APPEARANCE

The undersigned hereby appears on behalf of Defendant Columbia Home Loans, LLC d/b/a Brokers Funding Services Co.

/s/ Leonard M. Singer
Leonard M. Singer
BBO 464600
101 Arch Street, 9th Floor
Boston, Massachusetts 02110
(617) 737-7670

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that on December 11, 2006, copies of the foregoing document were electronically served on the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Leonard M. Singer
Leonard M. Singer