# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LIANA WILLIAMS-ETHERIDGE ET AL
         Plaintiff(s)

V.

FRANKLIN FIRST FINANCIAL, LTD ET AL
         Defendant(s)

CIVIL ACTION

NO.  06-CV-11979-DPW

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK  D. J.

The Court having been advised on   9/5/07   that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

9/5/07
Date

/S/ Jarrett Lovett
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)